UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 99-CR-234-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTY HUNT,

    Defendant.
_____

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
_____

Upon petition of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Christy Hunt before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Supplemental Petition for Violation of Supervised Release, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where she is now confined.

    Dated:  December 22, 2005

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel

U. S. District Judge